**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR 10-400-PHX-MHM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Janice Sue Taylor, ) | |
| Defendant. ) | |

    The Court is in receipt of the Government's Memorandum Regarding Appointment of Counsel for Desiree Saunders and Ronald McBride. (Doc. 100). It appears that there may not be any absolute right to counsel in a civil contempt proceeding, see United States v. Rylander, 714 F.2d 996, 998 (9th Cir. 1983) (explaining that "criminal contempt proceedings, unlike civil contempt proceedings, require such protections as the sixth amendment right to counsel"); but see United States v. Sun Kung Kang, 468 F.2d 1368, 1369 (9th Cir. 1972) ("We have concluded that an indigent witness is entitled to appointed counsel in [a civil contempt] proceeding."). However, since this appears to be an unresolved issue, in an abundance of caution, the Court will appoint counsel for Desiree Saunders and Ronald McBride upon a showing that they are indigent. Mr. McBride and Ms. Saunders are instructed to return completed versions of the attached CJA Financial Affidavit at the October 4 hearing that is set for 2:00 PM.

/ / /

1  **Accordingly,**

2  **IT IS HEREBY ORDERED** directing the Clerk of Court to send a copy of this Order
3  and the attached CJA Financial Affidavit to Ronald J. McBride at P.O. Box 982, Florence,
4  AZ 85132 and to Desiree Saunders, 3341 Arianna Court, Gilbert, AZ 85298.

5  DATED this 27th day of September, 2010.

Mary H. Murgula
United States District Judge

✎ CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF _____ V.S. _____

FOR _____
AT _____

LOCATION NUMBER _____

PERSON REPRESENTED (Show your full name) _____

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate _____
District Court _____
Court of Appeals _____

CHARGE/OFFENSE (describe if applicable & check box →)    ☐ Felony    ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes   ☐ No   ☐ Am Self-Employed
Name and address of employer: _____
**IF YES,** how much do you earn per month? $ _____
**IF NO**, give month and year of last employment
How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
**IF YES**, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☐ No
**RECEIVED**         **SOURCES**
**IF YES,** GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES    $ _____    _____

**CASH**  Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☐ No  **IF YES**, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No
**IF YES**, GIVE THE VALUE AND DESCRIBE IT
VALUE $ _____    DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
___ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED
Total No. of Dependents _____
List persons you actually support and your relationship to them _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)  ▶ _____