**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL TRIAL MINUTES**

CR <u>10</u> / <u>400</u> / <u>01</u> / <u>PHX / DGC</u>   DATE: <u>4/19/11</u>
 Year   Case No.  Dft #

HON: <u>DAVID G. CAMPBELL</u>   Judge # <u>7031</u>

USA  v.  <u>Taylor, Janice Sue (pro se)</u>
Last Name        First Name       Middle Initial

DEFENDANT: <u>X</u> Present   __Not Present   <u>X</u> Released   __Custody   __Writ

Deputy Clerk: <u>Lisa Richter</u>   Crt Rptr:  <u>Patricia Lyons</u>

U.S. Atty: <u>Frank Galati and James Knapp</u>   Dft Atty: <u>Susan Anderson (advisory counsel)</u>
                                        <u>X</u> FPD   __apptd   __retd

Interpreters:_____   Language:____

**PROCEEDINGS:/ X /JURY TRIAL  /__/COURT TRIAL   / X /VOIR DIRE  / X /JURY SWORN**

Trial Day # <u>1</u>      Waiver of Jury trial filed_____

8:31 a.m. Jury panel not present. Pretrial matters are discussed. The rule of exclusion of witnesses is invoked. The question of whether the government's summary expert can remain in the courtroom is taken under advisement. A jury of 14 will be seated with two alternates to be chosen by random draw. 8:56 a.m. Recess.

9:25 a.m. Reconvene. Jury panel present and administered the oath. Voir dire commences. 10:39 a.m. Recess.

10:59 a.m. Reconvene. Jury panel present. Voir dire continues. 12:01 p.m. Jury panel leaves the courtroom and court remains in session. Voir dire of individual jurors. Jury panel members are excused from the courtroom. Excuses for hardship and challenges for cause are discussed. Strikes are exercised. 1:07 p.m. Jury panel present. A jury of 14 is seated and administer the oath. 1:17 p.m. Jury leaves the courtroom and court remains in session. IT IS ORDERED that the government's summary expert is excluded from the courtroom until her testimony but may remain in courtroom after the conclusion of her testimony. 1:20 p.m. Recess.

2:16 p.m. Reconvene. Jury not present. Discussion is held. Government's Motion for Pretrial Determination of Admissibility (doc. 220) is denied as moot. Government's exhibits 150, 151, 152, 153, 154, 155, 156, 157 and 158 are admitted in evidence. 2:46 p.m. Jury present. Preliminary jury instructions are read to the jury. Opening statements are presented. Government's case: Robert Martin is sworn and examined. Exhibit 311 is admitted in evidence. Witness excused. Robin King is sworn and examined. Exhibit 195 is admitted in evidence. Witness excused. 3:50 p.m. Recess.

4:02 p.m. Reconvene. Jury present. Kristy Morgan is sworn and examined. Exhibits 1, 4 through 22, 25 through 38, 40, 42, 43, 44, 49, 51, 55 and 75 through 82 are admitted in evidence. 4:32 p.m. Jury leaves the courtroom and court remains in session.

4:34 p.m. Court stands at recess until 4/20/11 at 9:00 a.m.; 8:30 a.m. for the parties and counsel.

Case continued to:  <u>4/20/11 at 8:30 a.m.</u>   for further trial.                    Court time: 5 hours