# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL TRIAL MINUTES

CR 10  / 400  /  01  / PHX / DGC      DATE: 4/20/11
 Year    Case No.  Dft #

HON: DAVID G. CAMPBELL          Judge # 7031

USA  v.    Taylor, Janice Sue (pro se)
Last Name          First Name         Middle Initial

DEFENDANT: X Present   __Not Present   X  Released   __Custody   __Writ

Deputy Clerk: Lisa Richter    Crt Rptr:  Patricia Lyons

U.S. Atty:  Frank Galati and James Knapp     Dft Atty: Susan Anderson (advisory counsel)
                                                  X  FPD    __apptd    __retd

Interpreters:_____   Language:____

**PROCEEDINGS:/ X /JURY TRIAL  /__/COURT TRIAL  /__/VOIR DIRE  /__/JURY SWORN**

Trial Day # 2          Waiver of Jury trial filed_____

8:30 a.m. Reconvene. Jury not present. Exhibits 159, 160, 216, 217, 218, 219, 220, 197, 198, 222 through 246, 200 through 211, 212 and 247 through 266 are admitted in evidence. 8:52 a.m. Recess.

9:00 a.m. Reconvene. Jury present. Kristy Morgan resumes the stand and is examined further. 10:31 a.m. Recess.

10:47 a.m. Reconvene. Jury present. Kristy Morgan resumes the stand and is examined further. Witness excused, subject to recall. Elaine Schroeder is sworn and examined. Exhibits 214, 274 and 275 are admitted in evidence. Witness excused. Michael Mendoza is sworn and examined. Witness excused. Cheryl Bradley is sworn and examined. Exhibits 83, 84 and 161 are admitted in evidence. 12:03 p.m. Recess.

1:00 p.m. Reconvene. Jury not present. 1:03 p.m. Juror #2 is present and discussion is held. 1:05 p.m. Juror #2 leaves the courtroom and court remains in session. 1:10 p.m. Juror #2 is present. Discussion is held and Juror #2 is excused. 1:13 p.m. Jury present. Cheryl Bradley resumes the stand and is examined further. Witness excused. Gerald Ricki is sworn and examined. Exhibit 188 is admitted in evidence. Witness excused. Jerry Carter is sworn and examined. 2:31 p.m. Recess.

2:47 p.m. Reconvene. Jury present. Jerry Carter resumes the stand and is examined further. Witness excused. Dolpha Larsen is sworn and examined. Witness excused, subject to recall. Robbin Barbour is sworn and examined. 4:30 p.m. Jury leaves the courtroom and court remains in session. Robbin Barbour is excused. Kristy Morgan is excused.

4:37 p.m. Court stands at recess until 4/21/11 at 9:00 a.m.; 8:30 a.m. for the parties and counsel.

Case continued to:   4/21/11 at 8:30 a.m.     for further trial.                Court time: 6 hours, 30 mins