**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL TRIAL MINUTES**

CR 10 / 400 / 01 / PHX / DGC    DATE: 4/28/11
 Year   Case No.  Dft #

HON: DAVID G. CAMPBELL    Judge # 7031

USA v.  Taylor, Janice Sue (pro se)
Last Name        First Name        Middle Initial

DEFENDANT: X Present __Not Present  X Released __Custody __Writ

Deputy Clerk: Lisa Richter   Crt Rptr: Patricia Lyons

U.S. Atty: Frank Galati and James Knapp    Dft Atty: Susan Anderson (advisory counsel)
                                              X FPD ___apptd ___retd
Interpreters:_____  Language:____

**PROCEEDINGS:/ X /JURY TRIAL  /_/COURT TRIAL  /_/VOIR DIRE  /_/JURY SWORN**

Trial Day # 6      Waiver of Jury trial filed_____


9:03 a.m.  Jury present in the jury room to continue deliberations.

1:00 p.m.  Jury taking a break.

1:15 p.m.  Jury present in the jury room to continue deliberations.

2:40 p.m.  Reconvene. Jury not present. The Court is advised that the jury has reached a verdict. 2:42 p.m. Jury present. Verdict read: Defendant found guilty on Counts 1, 2, 3, 4, 5, 6, 7 and 8. The jury is polled. Verdict filed. 2:46 p.m. The jury is excused and court remains in session.

IT IS ORDERED setting sentencing for **August 1, 2011 at 4:30 p.m.** before Judge Campbell.

IT IS FURTHER ORDERED that the defendant shall remain released pending sentencing, under the conditions previously imposed.

IT IS FURTHER ORDERED directing the probation department to prepare a presentence investigation report.

2:50 p.m.  Recess.

3:01 p.m.  Reconvene. Jury not present. Defendant's request for transcript is discussed. Defendant to submit an updated financial affidavit. The Court will rule on Defendant's request for transcript after review of the financial affidavit.

3:06 p.m.  Court is adjourned.

                                                                  Court time: 15 min